```
FILED
January 22, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> XAVIER ALEXANDER ) <br> SPEROPOULOS, ) <br> Defendant. ) | Case No. 2:19-mj-00019-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, XAVIER ALEXANDER SPEROPOULOS, Case No. 2:19-mj-00019-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_\_   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of: $50,000.00.

        _X_   Co-Signed Unsecured Appearance Bond

        \_\_\_   Secured Appearance Bond

        _X_   (Other) Conditions as stated on the record.

    \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   1/22/2019   at   2:32 p.m.

By   _/s/ Edmund F. Brennan_
      Edmund F. Brennan
      United States Magistrate Judge