HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
XAVIER ALEXANDER SPEROPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>XAVIER ALEXANDER SPEROPOULOS,<br><br>Defendant. | Case No. 2:19-mj-00019-EFB<br><br>**STIPULATION AND ORDER TO ADD MENTAL HEALTH COUNSELING AS CONDITION OF PRETRIAL RELEASE**<br><br>Date: None<br>Time: None<br>Judge: Honorable Deborah Barnes |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Grant Rabenn, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Xavier Speropoulos (collectively "the parties"), that a mental health condition be added to Mr. Speropoulos' terms of release.

Specifically, the parties request that the Court add the following condition to Mr. Speropoulos' conditions of release (ECF Doc. 23):

12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Stipulation and Order to
Add Condition of Release

-1-

1   This request was made in consultation with the defendant's pretrial services officer, who
2   drafted the proposed additional language. The full proposed conditions of release are attached
3   herein as Exhibit A. The parties agree and stipulate that the proposed additional condition will
4   be beneficial to Mr. Speropoulos, who specifically requested the counseling, and is appropriate
5   in light of all the circumstances of the case, and request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 19, 2019            */s/ Christina Sinha*
                                CHRISTINA SINHA
                                Assistant Federal Defender
                                Attorneys for Defendant
                                XAVIER ALEXANDER SPEROPOULOS


Date: March 19, 2019            MCGREGOR W. SCOTT
                                United States Attorney

                                */s/ Grant B. Rabenn*
                                GRANT B. RABENN
                                Assistant United States Attorney
                                Attorney for Plaintiff

Stipulation and Order to          -2-
Add Condition of Release

## **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Accordingly, the following condition is added to the defendant's Special Conditions of Release:

> 12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions of release remain in full force and effect.

IT IS SO ORDERED.

Dated: March 19, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**AMENDED SPECIAL CONDITIONS OF RELEASE**
Re: Speropoulos, Xavier

No.: 2:19-MJ-0019 EFB
Date: March 15, 2019

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer. You must not be employed in the marijuana/cannabis industry;

9. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and

12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.