HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
XAVIER ALEXANDER SPEROPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-mj-00019-EFB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME** |
| vs. | ) |
| XAVIER ALEXANDER SPEROPOULOS AND LAUREN CROWE, | ) Date: May 13, 2019<br>) Time: 2:00 P.M.<br>) Judge: Honorable Allison Claire |
| Defendants. | ) |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Grant Rabenn, and defendants Xavier Alexander Speropoulos and Lauren Crowe, both individually and by and through their respective counsel of record, Christina Sinha and Todd Leras, hereby stipulate as follows:

1. The Complaint in this matter was filed on January 18, 2019.

2. By prior stipulation, the parties jointly moved for an extension of the preliminary hearing to May 13, 2019 at 2:00 p.m. pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

3. The parties now jointly move for a further extension of time for the preliminary hearing to June 10, 2019 at 2:00 p.m. before the duty Magistrate Judge pursuant to F.R.C.P.

Stipulation and Order to
Add Condition of Release

-1-

1  5.1(d). The parties stipulate that there is good cause for the delay, as it is required to allow the
2  defense reasonable time for the preparation and review of discovery and for the government's
3  continued investigation of the case. The parties further agree that the interests of justice served
4  by granting this continuance outweigh the best interests of the public and the defendants in a
5  speedy trial, and respectfully request the Court so to find.

6                                  Respectfully submitted,

7                                  HEATHER E. WILLIAMS
                                    Federal Defender
8

9  Date: May 13, 2019              */s/ Christina Sinha*
                                    CHRISTINA SINHA
10                                  Assistant Federal Defender
                                    Attorneys for Defendant
11                                  Xavier Speropoulos

12 Date: May 13, 2019              */s/ Todd Leras*
                                    TODD LERAS
13                                  Attorney for Defendant
                                    Lauren Crowe
14

15 Date: May 13, 2019              MCGREGOR W. SCOTT
                                    United States Attorney
16

17                                  */s/ Grant B. Rabenn*
                                    GRANT B. RABENN
18                                  Assistant United States Attorney
                                    Attorney for Plaintiff
19

20

21

22

23

24

25

26

27

28

# [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER

The Court, having received and considered the parties' stipulation for an extension of time filed on May 13, 2019, finds that the stipulation demonstrates good cause for an extension of the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the Court orders that the date of the preliminary hearing is extended to June 10, 2019 at 2:00 p.m. before the duty Magistrate Judge, and time between May 13, 2019 and June 10, 2019 shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: May 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE