LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 504-3933

Attorney for Defendant
LAUREN CROWE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER ALEXANDER SPEROPOULOS, and LAUREN CROWE,<br><br>Defendants. | CASE NO. 2:19-mj-019 EFB<br><br>**STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUSION OF TIME**<br><br>Date: June 28, 2019<br>Time: 2:00 p.m.<br>Court: Hon. Edmund F. Brennan |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Grant Rabenn, and Defendants Xavier Alexander Speropoulos and Lauren Crowe, both individually and through their respective counsel of record, Christina Sinha and Todd D. Leras, hereby stipulate as follows:

1. The Complaint in this matter was filed on January 18, 2019.

2. By prior stipulations, the parties jointly moved for extensions of the time for preliminary hearing pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The most recent stipulation continued the preliminary hearing to June 28, 2019, at 2:00 p.m.

3. The parties now jointly move for a further extension of time for the preliminary hearing to August 30, 2019, at 2:00 p.m., before the duty Magistrate Judge. This request is also made pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that there is good cause for the delay, as it allows the defense reasonable time to review previously-produced discovery exceeding one thousand pages of law enforcement reports, business records, and other documents related to an alleged marijuana sales venture operated by means of the dark web. The government has also recently provided proposed early resolution offers to both defendants. The parties further agree that the interests of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial, and respectfully ask the Court to so find.

Dated:  June 26, 2019                MCGREGOR W. SCOTT
                                     United States Attorney

                                     */s/ Grant Rabenn*
                              By:    _____
                                     GRANT B. RABENN
                                     Assistant United States Attorney
                                     (Per email authorization)

Dated:  June 26, 2019                */s/ Christina Sinha*
                                     _____
                                     CHRISTINA SINHA,
                                     Assistant Federal Defender
                                     OFFICE OF THE FEDERAL DEFENDER
                                     Attorney for Defendant
                                     XAVIER SPEROPOULOS
                                     (Per email authorization)

Dated:  June 26, 2019                */s/ Todd Leras*
                                     _____
                                     TODD LERAS
                                     Attorney for defendant
                                     LAUREN CROWE

STIPULATION & ORDER CONTINUING
PRELIMINARY HEARING

1

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the preliminary hearing set for June 28, 2019, at 2:00 p.m., is continued to August 30, 2019, at 2:00 p.m., pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a Speedy Trial. The time between June 28, 2019 and August 30, 2019 shall be excluded, and the time for the preliminary hearing extended, within the meaning of 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow each defense counsel reasonable time necessary to prepare each respective client's defense.

IT IS SO ORDERED.

Dated:  June 27, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION & ORDER CONTINUING
PRELIMINARY HEARING

2