HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
XAVIER ALEXANDER SPEROPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER ALEXANDER SPEROPOULOS AND LAUREN CROWE,<br><br>Defendants. | Case No.  2:19-mj-00019-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME**<br><br>Date:  August 30, 2019<br>Time:  2:00 P.M.<br>Judge: Honorable Kendall J. Newman |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Grant Rabenn, and defendants Xavier Alexander Speropoulos and Lauren Crowe, both individually and by and through their respective counsel of record, Christina Sinha and Todd Leras, hereby stipulate as follows:

1. The Complaint in this matter was filed on January 18, 2019.

2. By prior stipulation, the parties jointly moved for an extension of the preliminary hearing to August 30, 2019 at 2:00 p.m. pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

3. The parties now jointly move for a further extension of time for the preliminary hearing to September 27, 2019 at 2:00 p.m. before the duty Magistrate Judge

Stipulation and Order Continuing Preliminary Hearing   -1-

pursuant to F.R.C.P. 5.1(d).  The parties stipulate that there is good cause for the delay, as it is required to allow the defense reasonable time for the preparation and review of discovery and for the government's continued investigation of the case.  The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and respectfully request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 27, 2019        */s/ Christina Sinha*
                             CHRISTINA SINHA
                             Assistant Federal Defender
                             Attorneys for Defendant
                             Xavier Speropoulos

Date: August 27, 2019        */s/ Todd Leras*
                             TODD LERAS
                             Attorney for Defendant
                             Lauren Crowe

Date: August 27, 2019        MCGREGOR W. SCOTT
                             United States Attorney

                             */s/ Grant B. Rabenn*
                             GRANT B. RABENN
                             Assistant United States Attorney
                             Attorney for Plaintiff

Stipulation and Order Continuing Preliminary Hearing   -2-

**O R D E R**

The Court, having received and considered the parties' stipulation for an extension of time filed on May 13, 2019, finds that the stipulation demonstrates good cause for an extension of the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.  Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.  Therefore, the Court orders that the date of the preliminary hearing is extended to September 27, 2019, at 2:00 p.m., before the duty Magistrate Judge, Magistrate Judge Allison Claire, and time between June 10, 2019, and September 27, 2019, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  August 27, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE