HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Christina_sinha@fd.org

Attorneys for Defendant
XAVIER SPEROPOULOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-157-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT & SENTENCING AND MODIFY PRESENTENCE REPORT SCHEDULE** |
| vs. | |
| XAVIER SPEROPOULOS, | Date:  June 4, 2020 |
| Defendant. | Time: 9:30 A.M. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Grant Rabenn, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Xavier Speropoulos, that the Judgment & Sentencing date may be continued from June 4, 2020 to August 6, 2020 at 9:30 a.m.  The parties further stipulate that the currently set presentence report disclosure schedule can be modified to reflect the changed Judgment and Sentencing date.

Though a resolution has been reached, the defense requires additional time for further investigation and preparation for sentencing purposes.  Defense counsel believes that failure to

grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.  Therefore, the parties respectfully request the Court to continue the Judgment and Sentencing date to August 6, 2020, and to set a new presentence report disclosure schedule.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: May 4, 2020                          */s/  Christina Sinha*
                                        CHRISTINA SINHA
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        XAVIER SPEROPOULOS

Date: May 4, 2020                          MCGREGOR W. SCOTT
                                        United States Attorney

                                        */s/ Grant Rabenn*
                                        GRANT RABENN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 5, 2020

Troy L. Nunley
United States District Judge